**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **CIVITAS CAPITAL MANAGEMENT LLC, *et al.*,** | ) | **Judge Sam A. Lindsay** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL CASE NO. 3:24-cv-00984-L** |
| **KRISTI NOEM,[1] Secretary, DHS, *et al.*,** | ) | |
| **Defendants.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by all parties, through their respective counsel, that the above-captioned action is voluntarily dismissed. Each party should bear their own costs and fees.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ James Bickford[2]
James Bickford, Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

Dated: March 2, 2026

/s/ H. Ronald Klasko
H. Ronald Klasko, Esq.
Klasko Immigration Law Partners, LLP
2000 Market Street
Suite 1050
Philadelphia, PA 19103
(T): (215) 825-8600
(F): (215) 825-8699
Email: rklasko@klaskolaw.com

*Attorney for all Plaintiffs*

---

[1] DHS Secretary Kristi Noem is automatically substituted in as a Defendant for former DHS Secretary Alejandro Mayorkas under F.R.C.P. 25(d), like the other Defendants who are public officials.

[2] Mr. Bickford has reviewed and approved this filing for Plaintiffs' counsel to file on behalf of all parties.

1100 L St. NW
Washington, DC 20005
(T): (202) 305-7632
(F): (202) 616-8470
Email : james.bickford@usdoj.gov

*Attorney for all Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court on March 2, 2026, and that the following counsel received a copy via ECF and by electronic mail:

Daniel M Riess and James Bickford
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

/s/ H. Ronald Klasko
H. Ronald Klasko
Attorney for Plaintiffs